United States District Court
Northern District of California

| | |
|---|---|
| ALLIANCE OF CALIFORNIANS FOR COMMUNITY EMPOWERMENT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL HOUSING FINANCING AGENCY,<br><br>Defendant. | Case No.: 4:13-cv-05618-KAW<br><br>ORDER REGARDING PARTIES' UNUSABLE CHAMBERS COPIES OF CROSS-MOTIONS FOR SUMMARY JUDGMENT |

PLEASE TAKE NOTICE that the chambers copies of the parties' cross-motions for summary judgment were submitted in a format that is not usable by the court.

The chambers copies are not usable because they

☐ consist of a stack of loose paper wrapped with a rubber band;

☐ consist of a stack of loose paper fastened with a binder clip or a paper clip;

☐ are too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☒ have no tabs for the voluminous exhibits;

☐ include exhibits that are illegible;

☐ include exhibits that are unreadable because the print is too small;

☐ include text and/or footnotes in a font smaller than 12 point;

☐ include portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☐ are not usable for another reason –

The above-described chambers copies have been recycled by the court. The parties shall submit chambers copies in a format that is usable by the court no later than June 13, 2014.

IT IS SO ORDERED.

Dated: June 9, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge

2