1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CABN 152348)
   Chief, Civil Division
3  REBECCA A. FALK (CSBN 226798)
   Assistant United States Attorney

4       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5       Telephone: (415) 436-7022
        FAX: (415) 436-6748
6       rebecca.falk@usdoj.gov

7  Attorneys for Federal Defendant

8  Linda Lye (CA SBN 215584)
   Shayla Silver-Balbus (CA SBN 291607)
9  AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
10 39 Drumm Street
   San Francisco, CA  94111
11 Tel:    (415) 621-2493
   Fax:    (415) 255-8437
12 llye@aclunc.org
   ssilver@aclunc.org
13
   Rachel Goodman (admitted pro hac vice)
14 AMERICAN CIVIL LIBERTIES UNION
   125 Broad Street, 18th Floor
15 New York, NY  10004
   Tel: (212) 549-2500
16 Fax:    (212)549-2654
   rgoodman@aclu.org
17
   Attorneys for Plaintiffs
18

19               UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21

22 ALLIANCE OF CALIFORNIANS FOR          )  CASE NO. 13-05618 KAW
   COMMUNITY EMPOWERMENT, et al,         )
23                                        )  JOINT STIPULATED REQUEST FOR ORDER
        Plaintiffs,                       )  CHANGING TIME AND [PROPOSED] ORDER
24                                        )
      v.                                  )
25                                        )
   FEDERAL HOUSING FINANCE AGENCY,        )
26                                        )
        Defendant.                        )
27

28

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-05618 KAW

1    Defendant Federal Housing Finance Agency ("Defendant") and Plaintiffs Alliance of

2  Californians for Community Empowerment; Housing and Economic Rights Advocates; Action United

3  Pennsylvania; Alliance for a Just Society; Urban Revival dba City Life/Vita Urbana; Colorado

4  Foreclosure Resistance Coalition; Home Defenders League; New Jersey Communities United; New

5  York Communities for Change (collectively, "Plaintiffs"), by and through their respective counsel,

6  stipulate to further extend the time for Defendant to respond to Plaintiffs' Complaint pursuant to Civil

7  Local Rule 6-1(a) of the Northern District of California, as follows:

8    1.    On December 5, 2013, Plaintiffs filed their Complaint for Declaratory and Injunctive

9  Relief under the Freedom of Information Act ("Complaint").  Dkt. No. 1.

10    2.    On February 3, 2014, Defendant filed its Answer.  Dkt. No. 20.

11    3.    On April 1, 2014, this Court entered briefing schedule for Cross-Motions for Summary

12  Judgment.  Dkt. No. 34.

13    4.    In conformance with the schedule, on May 15, 2014, Defendant filed its Motion for

14  Summary Judgment.  Dkt. No. 35-39.

15    5.    Also in conformance with the schedule, on June 5, 2014, Plaintiffs filed their Cross

16  Motion for Summary Judgment (Partial) and Opposition.  Dkt. No. 41-43.

17    6.    On June 18, 2014, Defendant discovered that during its search for records responsive to

18  Plaintiffs' FOIA Request, its search tool did not reach all email records of one custodian.  Due to these

19  extenuating circumstances and in order to correct this issue and proceed with resolution of this matter,

20  the Parties agreed to extend the time for Defendant's submission of its Reply and Opposition from June

21  19, 2014 to June 24, 2014.  Accordingly, the Parties also agreed to extend the time for submission of

22  Plaintiffs' Reply from July 3, 2014 to July 10, 2014.

23    7.    Plaintiffs wish to accommodate Defendant's request for an extension of time to file its

24  Reply and Opposition, but have external scheduling constraints, including prior scheduling

25  commitments and the fact that lead counsel for Plaintiffs will shortly be on maternity leave, as discussed

26  with the Court during the Case Management Conference on April 1, 2014.  Plaintiffs' counsel's last day

27  before her leave is July 18, 2014.  Accordingly, the Parties respectfully request that the hearing date

28  remain on July 18, 2014 as currently ordered by the Court.  The Parties further respectfully request that

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-05618 KAW

1   any extension of time to file Defendant's Reply and Opposition not reduce the amount of time Plaintiffs

2   would have had to prepare its Reply under the prior briefing schedule.  Accordingly, and to

3   accommodate other scheduling commitments previously set by counsel for Plaintiffs, the Parties

4   respectfully request that Plaintiffs' Reply be due July 10, 2014.

5        8.       The parties hereby stipulate and respectfully request that to allow time to correct the

6   search issue and accommodate other previously set scheduling commitments, the time for Defendant's

7   submission of its Reply and Opposition be extended to June 24, 2014 and the time for submission of

8   Plaintiffs' Reply be extended to July 10, 2014, and, further, that the hearing on this matter remain on

9   calendar as currently scheduled for July 18, 2014.

10       IT IS SO STIPULATED.

11

12   DATED: June 18, 2014                    By:      /s/ Linda Lye
                                             LINDA LYE
13                                           Attorney for Plaintiffs

14

15   DATED: June 18, 2014                    MELINDA HAAG
                                             United States Attorney
16
                                             By:      /s/ Rebecca A. Falk
17                                           REBECCA A. FALK[1]
                                             Assistant United States Attorney
18                                           Attorneys for Federal Defendant

19       ///

20       ///

21       ///

22       ///

23       ///

24       ///

25       ///

26       ////

27   _____
          [1] I, Rebecca A. Falk, hereby attest, in accordance with the Civil L.R. 5(i)(3), the concurrence in
28   the filing of this document has been obtained from the other signatory listed here.

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-05618 KAW

1          **[PROPOSED]** **ORDER**

2          Pursuant to the stipulation by the parties, and good cause having been shown, it is hereby ordered

3    that the time for Defendant's submission of its Reply and Opposition is extended to June 24, 2014 and

4    the time for submission of Plaintiffs' Reply is extended to July 10, 2014.  The hearing for this matter

5    will proceed on July 18, 2014.

6

7    **IT IS SO ORDERED.**

8

9    DATED: _June 19, 2014_          _____

HONORABLE KANDIS A WESTMORE

10                                                                      UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATED REQUEST FOR ORDER CHANGING TIME AND [PROPOSED] ORDER
13-05618 KAW